No. 05–147.  CROWLEY v. UNITED STATES.  C. A. Fed. Cir. Certiorari denied.

No. 05–148.  MORTERA-CRUZ v. GONZALES, ATTORNEY GENERAL.  C. A. 5th Cir.  Certiorari denied.

No. 05–185.  SANTANA PRODUCTS, INC. v. BOBRICK WASHROOM EQUIPMENT, INC., ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 05–190.  EDMONDS v. DEPARTMENT OF JUSTICE ET AL. C. A. D. C. Cir.  Certiorari denied.

No. 05–197.  WILLIAMS v. MICHIGAN.  Sup. Ct. Mich.  Certiorari denied.

No. 05–225.  GENERAL DATACOMM INDUSTRIES, INC. v. ARCARA ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 05–227.  GEMENTERA v. UNITED STATES.  C. A. 9th Cir. Certiorari denied.

No. 05–232.  DRASKOVICH ET AL. v. ROBB EVANS & ASSOCIATES, L. L. C., ET AL.  C. A. 5th Cir.  Certiorari denied.

No. 05–261.  JACADA (EUROPE), LTD., FKA CLIENT/SERVER TECHNOLOGY (EUROPE), LTD. v. INTERNATIONAL MARKETING STRATEGIES, INC.  C. A. 6th Cir.  Certiorari denied.

No. 05–262.  DUTTON v. UNITED HEALTH CARE SYSTEM, L. L. C., DBA TULANE UNIVERSITY HOSPITAL AND CLINIC.  C. A. 5th Cir.  Certiorari denied.

No. 05–291.  KING v. PENSION TRUST FUND OF THE PENSION HOSPITALIZATION AND BENEFIT PLAN OF THE ELECTRICAL INDUSTRY ET AL.  C. A. 2d Cir.  Certiorari denied.